

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2019

No. 04-18-00607-CV

**IN THE INTEREST OF S.A.M., ET AL,**

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02510
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Appellee's brief was due January 7, 2019, but was not filed. On January 9, 2019, appellee filed its brief and a motion for extension of time to file the brief, asking for a two-day extension in which to file the brief. After review, we GRANT appellee's motion for extension of time and ORDER the brief filed.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court